No. 92–1630. LOMAS MORTGAGE USA v. WIESE ET AL.; GOLDOME REALTY CREDIT CORP. v. SAUGSTAD ET AL.; and GMAC MORTGAGE CORP. v. CERVANTES ET AL. C. A. 9th Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Nobelman* v. *American Savings Bank*, *ante*, p. 324.

No. 92–6554. JOHNSON v. LOUISIANA. Ct. App. La., 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sullivan* v. *Louisiana*, *ante*, p. 275.

No. 92–1771. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR NEW BANK OF NEW ENGLAND, N. A. v. CORMAN CONSTRUCTION, INC., ET AL. Sup. Ct. Va. Certiorari dismissed for want of jurisdiction.

No. D–1256. IN RE DISBARMENT OF LOPEZ. Disbarment entered. [For earlier order herein, see 507 U. S. 1027.]

No. 92–1871. COMMONWEALTH LAND TITLE INSURANCE CO. v. CORMAN CONSTRUCTION, INC., ET AL. Sup. Ct. Va. Motion of Commonwealth Land Title Insurance Co. to intervene in order to file a petition for writ of certiorari granted.

No. 92–8641. IN RE LAKE;
No. 92–8645. IN RE PAIGE; and
No. 92–8679. IN RE O'DONNELL. Petitions for writs of habeas corpus denied.

No. 92–8357. IN RE MOSBY; and
No. 92–8408. IN RE DAY. Petitions for writs of mandamus denied.

No. 92–8333. IN RE LEUELLYN. Petition for writ of mandamus and/or prohibition denied.